ABRAHAM GORDON, PLAINTIFF-RESPONDENT, v. CITY OF
NEW BRUNSWICK, DEFENDANT-APPELLANT.

Submitted February 15, 1935—Decided May 17, 1935.

For the plaintiff-respondent, *Samuel D. Hoffman.*

For the defendant-appellant, *William F. McCloskey.*

PER CURIAM.

Essentially the same facts and much the same questions
of law exist in this case as in *Buckelew* v. *City of New Bruns-
wick,* 115 *N. J. L.* 112, wherein we adopted the opinion
of the Supreme Court in affirming the judgment below. The
determination below in the instant case was made upon the
reasons there stated in the Buckelew case reported in 113
*N. J. L.* 338. We affirm the judgment below herein and
consider that the reasoning of the Supreme Court in the
Buckelew case will suffice with this brief addendum:

Appellant argues its case under two points. The first is
that the trial court erred in denying the defendant's motion
for nonsuit and directed verdict. Nothing need be added on
that subject.

The second point in its first subdivision is that the trial
court erred in certain portions of the charge. We consider
that the selected portions, read in the light of the context
and of the whole charge and taken in conjunction with the
charge as an entirety, are free from harmful error. *Lyon* v.
*Fabricant,* 113 *N. J. L.* 62. The second subtitle of the second
point is that the trial court erred in refusing to charge cer-

tain requests. These grounds were not set up in the Supreme Court in accordance with the rules and, properly, were not considered by that court—as will clearly appear from the opinion in the Buckelew case.

*For affirmance*—THE CHANCELLOR, LLOYD, CASE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 10.

*For reversal*—HEHER, J. 1.